IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **TERRANCE STOVALL,** | ) |
| | ) |
|     Plaintiff, | ) |
| | )   CIVIL ACTION NO. |
|     v. | )     3:08cv421-MHT |
| | )        (WO) |
| **CAPITAL ONE, a foreign corporation, et al.,** | ) |
| | ) |
|     Defendants. | ) |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss pro tanto (Doc. No. 19) is granted and that defendant WE Finance, Inc. is dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 3rd day of July, 2008.

                                  /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**