IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |  | |
|---|---|---|---|
| **TERRANCE STOVALL,** | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | CIVIL ACTION NO. | |
| v. | ) | 3:08cv421-MHT | |
| | ) | (WO) | |
| **CAPITAL ONE, a foreign** | ) | | |
| **corporation, et al.,** | ) | | |
| | ) | | |
| Defendants. | ) | | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's notice of dismissal (Doc. No. 22) is treated as a motion to dismiss; said motion is granted; and defendant Trans Union, LLC, is dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of July, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE