IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| TERRANCE STOVALL, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:08cv421-MHT |
| | ) | (WO) |
| CAPITAL ONE, a foreign corporation, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### JUDGMENT

Pursuant to the notice of settlement and dismissal (Doc. No. 42), it is the ORDER, JUDGMENT, and DECREE of the court that defendants Capital One and Experian Information Solutions, Inc. and all claims against these two defendants are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Because all defendants have been dismissed, this case may be closed.

DONE, this the 17th day of Octber, 2008.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE